1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHNNY DENENG,

        Petitioner,

Case No. 12-2332 WHO (PR)

12

13 v.

**ORDER EXTENDING TIME**

14 TIM VIRGA, Warden,

15         Respondent.

16
17

18     Petitioner's motion to extend time to file a traverse (Docket No. 18) is GRANTED.

19 The traverse shall be filed on or before November 15, 2013.

20     **IT IS SO ORDERED.**

21 **Dated:** September 9, 2013



22
23 WILLIAM H. ORRICK
United States District Judge

24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY DENENG et al,

        Plaintiff,

  v.

TIM VIRGA et al,

        Defendant.

Case Number: CV12-02332 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Johnny Deneng AB3941
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: September 9, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk